■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant. [617 NYS2d 761] —Judgment, Supreme Court, New York County (Joan Carey, J., at suppression

hearing; Antonio I. Brandveen, J., at trial and sentence), rendered July 30, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and sentencing him, as a second felony offender, to a term of 7 to 14 years, unanimously affirmed.

There was probable cause for defendant's arrest since the undercover officer who sent the radio transmission, which included a sufficiently detailed description of defendant and his location, observed the sale and was known, by the arresting officer, to be reliable. *(People v Petralia,* 62 NY2d 47, *cert denied* 469 US 852; *People v Parris,* 83 NY2d 342.)

Evidence of uncharged narcotics sales occurring in the immediate time and proximity to the subject sale involving the defendant was properly admitted to help prove, *inter alia,* defendant's identity. *(People v Carter,* 77 NY2d 95.) In addition, limited expert testimony as to behavior patterns of drug dealers was also properly admitted into evidence to help explain the absence of pre-recorded buy money from items seized from the defendant upon arrest. *(People v Roman,* 171 AD2d 562, 563; *People v Garcia,* 196 AD2d 433, *affd* 83 NY2d 817.)

We have considered all other claims and find them to be meritless. Concur—Murphy, P. J., Rosenberger, Wallach, Ross and Rubin, JJ.